UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



JESSICA MARKS

VERSUS

LOUISIANA ASSOCIATION OF
EDUCATORS

CIVIL ACTION

NO. 08-573-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated March 31, 2009 (doc. no. 14) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion to Remand (doc. no. 7) filed by plaintiff, Jessica Marks, is DENIED.

Baton Rouge, Louisiana, this 1ST day of May, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA